UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

_____     Case No. _____ CR/MJ _____ ( ____ )

Defendant's Full Name: _Cameron Francis_     USMS #: _____

## MEDICAL ORDER

To:   Metropolitan Detention Center (please email this Order to: **BRO-MedicalAttention-S@bop.gov**)

The above-named defendant is currently detained at the Metropolitan Detention Center ("MDC"). The defendant advised the Court of the following medical condition(s):
_Serious orthopedic injury leading to 25 pins in ~~the~~ leg_

The defendant advised the Court that the following medication(s) were prescribed to the defendant prior to the defendant's detention at the MDC:
_Percocet + muscle relaxants_

☑ The defendant has been advised that, to facilitate any needed medical attention, the defendant should provide to the MDC health care staff, as soon as practicable, all pertinent medical records associated with the defendant's specific condition(s) referenced above, including but not limited to, records of diagnoses, pharmaceutical records and identified health care providers. The defendant or defense counsel should email such records to BRO-MedicalAttention-S@bop.gov. If that is not feasible, the records should be mailed to The Metropolitan Detention Center, Attn: Medical Records, Health Services Department, 80 29th St, Brooklyn, NY 11232. **Please include the defendant's name and inmate number in any correspondence.**

☑ The MDC is directed to assess and address the defendant's medical condition promptly.

☐ [*If applicable*] The MDC is directed to respond to this Order by sending an email response to _____@nysd.uscourts.gov, which includes an update as to the assessment by medical staff of the defendant's medical condition and the care provided, or anticipated to be provided, with a copy to defense counsel at the email address listed below, no later than _____. *The MDC respectfully requests that the Court allow at least five business days for a response. If the matter is urgent, such that a response in less than five days is required, please indicate URGENT in the subject line of the transmittal email.*

By: _____[signature]_____
U.S. Magistrate Judge/U.S. District Judge

Date: _Nov 15, 2024_

☐ [*If applicable*] The defendant has requested that the attached signed HIPAA release be provided to the MDC.

Counsel for the defendant: _Megan Benett_ Email: _mbenett@kreindler.com_