UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CAMERON FRANCIS,
a/k/a "Cam,"

Defendant.

**ORDER**

S1 20 Cr. 631 (AKH)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before a United States Magistrate Judge on February 11, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that the defendant's sentencing shall be held on May 29, 2025 at 11 a.m.

Dated:   New York, New York
         Feb. 21, 2025

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK