

**KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629**
**office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com**

June 10, 2025

VIA ECF
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Sentencing is adjourned to September 3, 2025 at 12:00 p.m.
SO ORDERED.
6.11.25 /s/ Alvin K. Hellerstein

Re: *United States v. Cameron Francis*, S1 20 Cr. 631 (AKH)

Dear Judge Hellerstein:

    I am defense counsel for Cameron Francis in the above captioned case and write to request an adjournment of the June 26, 2025 sentencing date. This is the second request for a sentencing adjournment, the first having been made to accommodate the schedule of the Probation Officer conducting the presentence investigation report interview. The government does not object to the request.

    While the defense has sent out authorizations and requests for information from various non-parties that we believe may be relevant to sentencing, several responses remain outstanding. In order to review and, if appropriate, incorporate material from those non-parties in the defense sentencing submission and effectively advocate for Mr. Francis at sentencing, I respectfully request a one-month adjournment of the sentencing hearing. The defense and the government are available the week of July 28 or August 4, 5 or 7, unless the Court prefers a later date. If possible, the defense would ask for a sentencing date on a Wednesday or a Friday, so that Mr. Francis's father could appear in person.

    Consistent with this Court's Individual Rule 1.D, this letter-request is being both faxed to chambers and filed via ECF.

    Respectfully,

    /s/ Megan W. Benett

cc:    all counsel of record via ECF
       via fax to Hon. Alvin K. Hellerstein

New York    Boston    Los Angeles