

July 23, 2025

VIA ECF
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Sentencing will take place on October 16, 2025 at 10:00 a.m.
SO ORDERED.
7.29.25 /s/ Alvin K. Hellerstein

Re: *United States v. Cameron Francis*, S1 20 Cr. 631 (AKH)

Dear Judge Hellerstein:

I am defense counsel for Cameron Francis in the above captioned case and write to request a one week adjournment of the September 3, 2025 sentencing date sometime September 17, 2025 or later. This is the third request for a sentencing adjournment, and the Government does not object to the request.

Following the previous defense request for an adjournment, this Court set the sentencing hearing for September 3, 2025. Unfortunately, I will not be in town early in September, but will be back and available anytime September 17, 2025 or later. In light of that scheduling issue, I respectfully request that this Court adjourn the sentencing in this matter to sometime on or after September 17, 2025.

Consistent with this Court's Individual Rule 1.D, this letter-request is being both faxed to chambers and filed via ECF.

Respectfully,

/s/ Megan W. Benett

cc:   all counsel of record via ECF
      via fax to Hon. Alvin K. Hellerstein

New York          Boston          Los Angeles