

**KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629**
**office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com**

September 30, 2025

VIA ECF
Hon. Alvin K. Hellerstein
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

The sentencing hearing in this matter, previously scheduled for October 16, 2025, is hereby adjourned to December 3, 2025, at 11:00 a.m.
SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
10/9/2025

Re: *United States v. Cameron Francis*, S1 20 Cr. 631 (AKH)

Dear Judge Hellerstein:

I am defense counsel for Cameron Francis, Jr. in the above captioned case and write to request an adjournment of the sentencing in this case, which is currently calendared for October 16, 2025. Mr. Francis has entered a plea to counts one, three and four of the above-referenced indictment, admitting his guilt participating in a narcotics conspiracy, a Hobbs Act robbery, and the brandishing of a firearm in connection with that robbery, respectively. The charges carry a mandatory minimum statutory term of seven years.

My client's father, Cameron Francis, Sr., who has provided him support throughout this case, has routinely appeared in Court (except when work conflicted) and intends to join in person in support of his son at the sentencing hearing. On September 19, 2025, Mr. Francis, Sr. had knee replacement surgery, completely replacing his right knee, at Staten Island University Hospital. He lives on Staten Island and relies on public transportation to move around New York City. As of now, his movements remain limited due to the surgery and he will not be able to appear in Court on October 16, 2025. Based on the information from his doctors, Mr. Francis, Sr., expects that he will be able to travel from Staten Island in the next four to six weeks and will be able to attend a sentencing hearing should it be scheduled November 10, 2025 or later.

Because I expect to be traveling to the ADX Florence on another criminal matter the week of November 17, 2025, I respectfully request that this Court adjourn the sentencing and any related deadlines to sometime the week of November 10, the week of November 24 or later. This is the fourth request for an adjournment and the Government does not object to the request. Consistent with this Court's individual rules, this letter-request is being both faxed to chambers and filed via ECF.

Respectfully,

/s/ Megan W. Benett

cc: all counsel of record via ECF
    via fax to Hon. Alvin K. Hellerstein

**New York          Boston          Los Angeles**